FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-3024
_____

LEONARD PERRY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

February 5, 2019


PER CURIAM.

   AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Leonard Perry, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.